1  Carlo Coppo, Esq./CSB No. 34226
   Michael R. Popcke, Esq./CSB No. 122215
2  DiCARO, COPPO & POPCKE
   2780 Gateway Road
3  Carlsbad, California 92009-1730
   Telephone:   760-918-0500
4  Facsimile:   760-918-0008

5  Attorneys for Defendants VALLEYCARE HEALTH SYSTEMS; and MICHAEL ALPER, M.D.

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  RAYMOND J. ROWELL, M.D.            NO.  CV 10-2816 EMC

11          Plaintiff/Petitioner,      STIPULATION TO EXTEND TIME TO FILE
                                        RESPONSIVE PLEADING(S) ON BEHALF
12  v.                                  OF DEFENDANTS/RESPONDENTS    ; ORDER

13  VALLEYCARE  HEALTH  SYSTEMS; and
14  MICHAEL ALPER, M.D.                Magistrate:  Hon. Edward M. Chen
                                        Dept:
15          Defendants/Respondents.
                                        Complaint filed:  July 8, 2010
16

17          Pursuant to Civil L.R. 6-1(a) the parties to this action hereby stipulate and agree to extend

18  the time in which to answer or otherwise respond to the complaint in this action is hereby

19  extended to and including August 13, 2010.

20  DATED:   July 20, 2010                DONALD T. TASTO

21                                    By
                                          DONALD T. TASTO, ESQ.
22                                        Attorneys for Plaintiff/Petitioner
                                          RAYMOND J. ROWELL, M.D.
23

24  DATED:   July 19th, 2010             DiCARO, COPPO & POPCKE

25                                    By
26  IT IS SO ORDERED                      CARLO COPPO, ESQ.
                                          MICHAEL R. POPCKE, ESQ.
27                                        Attorneys for Defendants
   _____                   VALLEYCARE HEALTH SYSTEMS and
28  Edward M. Chen                        MICHAEL ALPER, M.D.
   U.S. Magistrate
   Judge                                            1

                                      Extend Time to File Responsive Pleadings

IT IS SO ORDERED
Judge Edward M. Chen