# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND J. ROWELL, M.D., | Case No. CV 10 2816 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| VALLEYCARE HEALTH SYSTEMS; and MICHAEL ALPER, M.D., | Courtroom: 8 (19th Floor) |
| Defendants. | Judge: Hon. Judge Charles R. Breyer |

On August 23, 2010, Defendants ValleyCare Health System and Michael Alper, M.D.'s (collectively "Defendants") stipulated motion was filed requesting a continuance of the hearing on Defendants' motion pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).  Based upon such stipulated motion, this Court orders as follows:

1.     The hearing on Defendants' motion, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), is continued to Friday, October 15, 2010 at 10:00 a.m.

2.     The Initial Case Management Conference is continued from 8:30 a.m., to immediately follow the hearing on Defendants' motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ August 26 , 2010

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer